# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Eileen Liddle v. The Lincoln National Life Insurance Company

Case Number: 26-CV-8879

An appearance is hereby filed by the undersigned as attorney for:
Eileen Liddle

Attorney name (type or print): Timothy P. Maynard

Firm: Hawks Quindel, S.C.

Street address: 5150 North Port Washington Road, Suite 243

City/State/Zip: Milwaukee, WI 53217

Bar ID Number: WI 1080953
(See item 3 in instructions)

Telephone Number: (414) 271-8650

Email Address: tmaynard@hq-law.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.
- ☐ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you a
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/27/2026

Attorney signature: S/ Timothy P. Maynard
(Use electronic signature if the appearance form is filed electronically.)