**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EILEEN LIDDLE,** | ) | |
| | ) | **Case No. 1:26-CV-0889** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge: Franklin U. Valderrama** |
| **vs.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION REGARDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant The Lincoln National Life Insurance Company ("Lincoln"), files this Unopposed Motion Regarding Deadline for Defendants to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on July 27, 2026. Lincoln was served with process through the Illinois Department of Insurance on August 3, 2026, and thus must file its Answer or otherwise respond by August 24, 2026.

2. Lincoln requests an extension to respond to or answer Plaintiff's Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. As such, Lincoln requests that the Court enter an order that it have until and including September 7, 2026, to answer or otherwise respond to Plaintiff's Complaint.

3. Counsel for Defendant has conferred with Plaintiff's counsel, Timothy P. Maynard, with regard to the relief requested in this Motion, and Mr. Maynard stated that Plaintiff does not oppose the requested extension.

4. This Motion Regarding Deadline to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Lincoln requests that the Court enter an order that it shall have until and including September 7, 2026, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on the 21st day of August 2026, the foregoing was filed electronically and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Timothy P. Maynard
Email: tmaynard@hq-law.com

/s/ Iwana Rademaekers
Iwana Rademaekers