**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Eileen Liddle

Plaintiff,

v.

Case No.: 1:26−cv−08879
Honorable Franklin U. Valderrama

The Lincoln National Life Insurance Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 25, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court grants Defendant's unopposed motion for an extension of time to answer the complaint [8], [10]. Defendant shall file a response to the complaint on or before 9/8/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.